UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|   |   |
|---|---|
| REBECCA CIOCI, on behalf of herself and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>VESTA PROPERTY SERVICES, INC.,<br><br>   Defendant. | CASE NO. |

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, VESTA PROPERTY SERVICES, INC. ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this action is based upon the following:

1. On or about May 17, 2019, Plaintiff, Rebecca Cioci ("Plaintiff") filed a Class Action Complaint and Demand for Jury Trial which was captioned "*Rebecca Cioci, on behalf of herself and on behalf of all others similarly situated v. Vesta Property Services, Inc.*" (the "Circuit Court Case"). The Circuit Court Case was assigned Case No. 19-CA-005213. A true and correct copy of the Complaint filed in the Circuit Court Case, along with

copies of all other process, pleadings, and orders served upon Defendant, *see* 28 U.S.C. § 1446(a), are being filed simultaneously herewith.

2. Defendant was served with the Complaint on or about June 5, 2019. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court in and for Hillsborough County, Florida.

4. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed her Class Action Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

5. The Class Action Complaint seeks relief for alleged violations of the Fair Credit Reporting Act of 1970, as amended ("FCRA"), 15 U.S.C. §1681 et seq.

6. Because Plaintiff has asserted a claim under the FCRA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

WHEREFORE, Defendant, VESTA PROPERTY SERVICES, INC., respectfully removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida.

DATED this 25th day of June, 2019.

                            Respectfully submitted,

                            JACKSON LEWIS P.C.
                            390 North Orange Avenue, Suite 1285
                            Orlando, Florida 32801
                            Telephone:   (407) 246-8440
                            Facsimile:    (407) 246-8441

By: _____
      Stephanie L. Adler-Paindiris
      Florida Bar No. 523283
      Stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
Amanda.simpson@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2019, the foregoing was furnished by e-mail to: Patrick K. Elliott, Esquire, The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602.

_____
Amanda A. Simpson

4829-7107-1897, v. 1