## CASE NUMBER: 19-CA-005213
### Cioci, Rebecca vs Vesta Property Services, Inc.

Case Number: 19-CA-005213
Uniform Case Number: 292019CA005213A001HC
Filed On: 2019-05-17
Case Type: Other
Case Status: Open

Judicial Officer: Huey, L. Paul
Defendant: Vesta Property Services, Inc.
Amount Due: $0.00

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Plaintiff | Cioci, Rebecca | ELLIOTT, PATRICK K. | 800-563-1409 |
| Defendant | Vesta Property Services, Inc. | | |

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Huey, L. Paul | Division I | 05/17/2019 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 06/17/2019 | 7 | | SUMMONS RETURNED SERVED |
| | | | VESTA PROPERTY SERVICES, INC. C/O SANTA ROSA ISLAND CO. AS REGISTERED AGENT 6/5/2019 |
| 05/20/2019 | 6 | | E-FILED SUMMONS ISSUED |
| | | | X 1   elliottp@employmentandconsumerlaw.com ; murrayd@employmentandconsumerlaw.com ; elliottpk82@gmail.com |
| | | | "Defendant: Vesta Property Services, Inc." |
| 05/17/2019 | 5 | | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | | "Plaintiff: Cioci, Rebecca" |
| 05/17/2019 | 4 | | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |
| | | | "Plaintiff: Cioci, Rebecca" |
| 05/17/2019 | 3 | | COMPLAINT |
| | | | "Plaintiff: Cioci, Rebecca" |
| 05/17/2019 | 2 | | CIVIL COVER SHEET |
| | | | "Plaintiff: Cioci, Rebecca" |
| 05/17/2019 | 1 | | File Home Location - Electronic |