# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Rebecca Cioci</u>
 Plaintiff
              vs.
<u>Vesta Property Services, Inc.</u>
Defendant

---

**II.      TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.**   **REMEDIES SOUGHT** (check all that apply):
  ☒  Monetary;
  ☒  Non-monetary declaratory or injunctive relief;
  ☒  Punitive

**IV.**   **NUMBER OF CAUSES OF ACTION: (    )**
    (Specify)

   <u>2</u>

**V.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☒  Yes
  ☐  No

**VI.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒  No
  ☐  Yes – If "yes" list all related cases by name, case number and court:

   <u>None</u>

**VII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒  Yes
  ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Patrick K. Elliott</u>     FL Bar No.: <u>1000970</u>
    Attorney or party                (Bar number, if attorney)

  <u>Patrick K. Elliott</u>      <u>05/17/2019</u>
    (Type or print name)              Date

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

**REBECCA CIOCI, on behalf of
herself and on behalf of all others
similarly situated,**

      **Plaintiff,**

                                         **CASE NO.: 19-CA-5213    DIV I**

**v.**

**VESTA PROPERTY SERVICES, INC.,**

      **Defendant.**

_____/

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, and a copy of the Request for Division Assignment in this action on defendant:

**Vesta Property Services, Inc.**
**c/o Registered Agent Santa Rosa Island Company**
**245 Riverside Avenue**
**Suite 250**
**Jacksonville, FL 32202**

      Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on May 17, 2019.

| | |
|---|---|
| /s/ Patrick K. Elliott | **PAT FRANK** |
| Printed: Patrick K. Elliott | As Clerk of the Court |
| Attorney for Plaintiffs | 05/20/19    V Phillips |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By:<br><br>_____<br>As Deputy Clerk<br>(813) 276-8100 |
|---|---|

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
### IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

**REBECCA CIOCI, on behalf of
herself and on behalf of all others
similarly situated,**

**CASE NO.:**

     **Plaintiff,**

**DIVISION.:**

**v.**

**VESTA PROPERTY SERVICES, INC.,**

     **Defendant.**

_____/

### REQUEST FOR DIVISION ASSIGNMENT

This is a request base on local Administrative Order(s) for the Clerk of the Court to assign the

above styled case in the

    X     Tampa Division

    ___     East Division

    ___     Prior Division (Please indicate Case Number and Division of Previously filed

action: _____)

I understand that the actual division assignment will be in accordance with the Hillsborough

County Administrative Orders. If there is no supported request for specific division assignment,

this action will be assigned a division based on random and equitable distribution system.

Patrick K. Elliott, Esq.
The Law Office of Patrick K. Elliott, PLLC
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
(813) 379-3090
Email Address(es): elliottp@employmentandconsumerlaw.com and
murrayd@employmentandconsumerlaw.com

# VERIFIED RETURN OF SERVICE

Job # J194021

**Client Info:**

Patrick Elliot
Law Office of Patrick K. Elliot

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>Rebecca Cioci<br>-versus-<br>**DEFENDANT:**<br>Vesta Property Services, Inc. | CIRCUIT COURT<br>Court Division: I<br><br>County of Hillsborough, Florida<br>Court Case # **19-CA-5213** |

**Service Info:**

**Date Received by Accurate Serve: 6/4/2019** at **10:50 AM**
**Service:** I Served **Vesta Property Services, Inc.** c/o Santa Rosa Island Co. as Registered Agent
**With:** **Summons; Class Action Complaint; Request for Division assignment**
by leaving with **Mayerline Ruiz, REGISTERED AGENT**

**At Business 245 RIVERSIDE AVENUE STE. 250 JACKSONVILLE, FL 32202**
On **6/5/2019** at **10:10 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Michael Hackett** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:
**Michael Hackett**
**110**

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # **J194021**    Client Ref # **2019000163**




1 of 1

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
### IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

**REBECCA CIOCI, on behalf of
herself and on behalf of all others
similarly situated,**

     **Plaintiff,**

                                       **CASE NO.:**

**v.**

**VESTA PROPERTY SERVICES, INC.,**

     **Defendant.**

_____/

### SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, and a copy of the Request for Division Assignment in this action on defendant:

     **Vesta Property Services, Inc.**
     **c/o Registered Agent Santa Rosa Island Company**
     **245 Riverside Avenue**
     **Suite 250**
     **Jacksonville, FL 32202**

     Each defendant is required to serve written defenses to the complaint or petition on Patrick K. Elliott, plaintiff's attorney, whose address is The Law Office of Patrick K. Elliott, PLLC, 100 S. Ashley Drive, Suite 600, Tampa, FL 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on May 17, 2019.

| /s/ Patrick K. Elliott | **PAT FRANK** |
|---|---|
| Printed: Patrick K. Elliott<br>Attorney for Plaintiffs | As Clerk of the Court |

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

| Address: The Law Office of Patrick K. Elliott, PLLC<br>100 S. Ashley Drive, Suite 600<br>Tampa, FL 33602<br>Florida Bar No. : 1000970 | By: _____<br><br>As Deputy Clerk<br>(813) 276-8100 |
|---|---|

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711.**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

- 3 -