UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA CIOCI,

    Plaintiff,

v.                                  CASE NO. 8:19-cv-1531-T-23AAS

VESTA PROPERTY
SERVICES INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 21), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 19, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE